# EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**TXu 2-287-113**

**Effective Date of Registration:**
July 06, 2020

**Registration Decision Date:**
November 17, 2021

## Title
- **Title of Work:** GRSTQ: Uniform CPA Examination Business Environment and Concepts 2019

## Completion/Publication
- **Year of Completion:** 2019

## Author
- **Author:** AICPA
- **Author Created:** text
- **Work made for hire:** Yes
- **Citizen of:** United States
- **Domiciled in:** United States

## Copyright Claimant
- **Copyright Claimant:** American Institute of Certified Public Accountants
  100 Princeton South, Suite 200, Ewing, NJ, 08628-3018, United States

## Limitation of copyright claim
- **Material excluded from this claim:** Items 92774, 92860, 95302, 95392, 95438, 95586, 98850, 99320, 99468, 100208, 500575, 501041, 501047, 501141, 501225, 503429, 503455, 503694, 504799, 505039, 505091

## Rights and Permissions
- **Organization Name:** AICPA
- **Name:** David Jamison
- **Email:** david.jamison@aicpa-cima.com
- **Telephone:** (609)671-2066
- **Address:** 100 Princeton South
  Suite 200

Page 1 of 2

## Certification

Ewing, NJ 08628 United States

| | |
|---|---|
| **Name:** | Michael Decker |
| **Date:** | July 06, 2020 |

| | |
|---|---|
| **Correspondence:** | Yes |
| **Copyright Office notes:** | Basis for Registration: Group of secure test items examined on 11/8/2021. A group of unpublished test items may be registered in class TX under 37 CFR 202.4(k) if the following requirements have been met: (1) All the items must be prepared for use in a secure test; (2) the applicant must provide a title for the group as a whole, and the name of the secure test must be identified in the title of the group; (3) the applicant must identify each item by numbering them in the deposit; (4) all the items must be unpublished; (5) all the items must be created by the same author(s); and (6) the copyright claimant for each item must be the same person or organization. |