# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN INSTITUTE OF CERTIFIED PUBLIC ACCOUNTANTS<br><br>Plaintiff(s),<br><br>v.<br><br>STEPHEN LAU<br><br>Defendant(s). | CASE NUMBER:<br><br>5:24–cv–01940–SSS–SHK<br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:  ___9/24/2024___

Document No.:  ___18___

Title of Document:  ___Proof of Service Summons and Complaint___

**ERROR(S) WITH DOCUMENT:**

The proof of service was not served pursuant to FRCP 5(b)(2)(D). The Clerk's office was not served.

Other:

**Note:**    **In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.**

Clerk, U.S. District Court

Dated:_ September 25, 2024 _       By: _ /s/ Trina DeBose  trina_debose@cacd.uscourts.gov _
                                              Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G–112A(06/24) NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENTS