UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN INSTITUTE OF CERTIFIED PUBLIC ACCOUNTANTS,<br><br>Plaintiff and Counter-Defendant,<br><br>v.<br><br>STEPHEN LAU,<br><br>Defendant and Counter-Claimant. | Case No. 5:24-cv-01940-SSS-SHK<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION CONTINUING COUNTER-DEFENDANT'S DEADLINE TO RESPOND TO COUNTER-CLAIMANT'S SECOND AMENDED COUNTERCLAIMS** |

The Court, having reviewed the stipulation submitted concurrently herewith, and good cause appearing therefore, hereby **ORDERS THAT**:

1. AICPA does not need to respond to Mr. Lau's current counterclaims.
2. Mr. Lau will file his Second Amended Counterclaims by March 11, 2025.
3. AICPA's deadline to respond to Mr. Lau's Amended Counterclaims is 30 days from the date Mr. Lau files his Second Amended Counterclaims.

**IT IS SO ORDERED.**

Dated: February ____, 2025

THE HONORABLE SUNSHINE S. SYKES
United States District Court Judge