# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN INSTITUTE OF CERTIFIED PUBLIC ACCOUNTANTS<br>Plaintiff(s),<br>v.<br>STEPHEN LAU<br>Defendant(s). | CASE NUMBER:<br>5:24−cv−01940−SSS−SHK<br><br>**ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| Date Filed | Document. No. | Title of Document. |
|---|---|---|
| 3/11/2025 | 42 | Answer to Amended Complaint |

**IT IS HEREBY ORDERED:**

A notice of interested parties shall be filed no later than 5 days from entry of this Order.

DATED: March 12, 2025

/s/ *Sunshine Suzanne Sykes*
United States District Judge