ROBERT L. URIARTE (SBN 258274)
ruriarte@orrick.com
AVERY CARTWRIGHT (SBN 354724)
acartwright@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
355 S. Grand Avenue
Los Angeles, CA 90071
Telephone: +1 213 629 2020
Facsimile: +1 213 612 2499

CHARLES WEINER (*Pro Hac Vice*)
charles@charlesweinerlaw.com
LAW OFFICE OF CHARLES WEINER
99 Lantern Drive, Suite 202
Doylestown, PA 18901
Telephone: + 1 267-685-6311
Facsimile: +1 215-340-768

Attorneys for Defendant/Cross-Complainant
STEPHEN LAU

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| AMERICAN INSTITUTE OF CERTIFIED PUBLIC ACCOUNTANTS,<br><br>Plaintiff,<br><br>v.<br><br>STEPHEN LAU,<br><br>Defendant.<br><br>——————————————<br><br>STEPHEN LAU,<br><br>Cross-Complainant,<br><br>v.<br><br>AMERICAN INSTITUTE OF CERTIFIED PUBLIC ACCOUNTANTS,<br><br>Cross-Defendant, | Case No. 5:24-cv-01940-SSS-SHKx<br><br>**INDEX OF EXHIBITS IN SUPPORT OF EX PARTE APPLICATION FOR PRELIMINARY INJUNCTIVE RELIEF** |

Movant Stephen Lau respectfully submits the following Index of Exhibits offered in support of his *Ex Parte* Motion for Preliminary Injunctive Relief.

**INDEX OF EXHIBITS**

| Exhibit No. | Document Name |
|:---:|:---:|
| 1 | CBA Initial Licensing FAQs |
| 2 | CBA Member Guidelines and Procedures Manual, January 2025 |
| 3 | "Functions and History of the CBA" webpage |
| 4 | CBA Quicktips PDF |
| 5 | CBA Homepage |
| 6 | "Video and Information About How to Apply" CBA webpage |
| 7 | Video file (physically lodged) |
| 8 | "Apply for Examination Now" CBA webpage |
| 9 | "Reasonable Accommodations" CBA webpage |
| 10 | NASBA CPA exam webpage |
| 11 | NASBA Candidate Guide |
| 12 | CBA Application Information webpage |
| 13 | CBA Establish Account webpage |
| 14 | NASBA Payment Portal website |
| 15 | NASBA Exam Scores webpage |
| 16 | NASBA CPA Exam FAQ webpage |
| 17 | Prometric Pro Scheduler webpage |
| 18 | Prometric Scheduler Policy webpage |
| 19 | Prometric "Uniform" AICPA Agreement webpage |
| 20 | AICPA FAQ webpage |

| 21 | AICPA "When You'll Get Your Scores" webpage |
|----|---------------------------------------------|
| 22 | AICPA Exam Scoring and Pass Rates" webpage |
| 23 | CBA Disability Accommodations Confirmation Letter |
| 24 | Stephen Lau CBA Credit Status Information Sheet |
| 25 | January 21, 2025 CBA Letter re FAR Score |
| 26 | Stephen Lau email to AICPA re FAR score |
| 27 | AICPA "Internal" Informed Consent Document |
| 28 | 3/27/2025 Email from AICPA Counsel to Mr. Lau's Counsel |

Dated:    April 2, 2025          ORRICK, HERRINGTON & SUTCLIFFE LLP


By: _/s/ Robert L. Uriarte_
ROBERT L. URIARTE
Attorneys for Defendant/Cross-Complainant
STEPHEN LAU

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

MOTION FOR PRELIMINARY INJUNCTIVE RELIEF
CASE NO. 5:24-CV-01940-SSS-SHKx