Robert L. Uriarte
ruriarte@orrick.com
355 S. Grand Ave,
Los Angeles, CA 90071

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AICPA <br><br> v. <br><br> PLAINTIFF(S) <br><br> STEPHEN LAU <br><br> DEFENDANT(S). | CASE NUMBER: <br><br> 5:24-cv-01940-SSS-SHKx <br><br> **NOTICE OF MANUAL FILING** <br> **OR LODGING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☐ Filed ☑ Lodged:  (**List Documents**)

Exhibit 7- CBA Video File

**Reason:**

☐ Under Seal

☐ In Camera

☑ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Per Court order dated: _____

☐ Other:

| | |
|---|---|
| 4/2/2025 | Robert L. Uriarte |
| Date | Attorney Name |
| | Stephen Lau |
| | Party Represented |

*Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*