# Exhibit 5

https://dashboard.nasba.org/

# NASBA

### Sign In

**Email**

**Password**

**Sign In**

Need help signing in?

Don't have an account? Sign up









### Set up multifactor authentication

Your company requires multifactor authentication to add an additional layer of security when signing in to your Okta account



**Okta Verify**
Use a push notification sent to the mobile app.

Setup



**Google Authenticator**
Enter single-use code from the mobile app.

Setup



**SMS Authentication**
Enter a single-use code sent to your mobile phone.

Setup



Section I





Section II







Section III





9

Section IV





11

Section V



Section VI

