SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
TENAYA RODEWALD, Cal Bar No. 248563
trodewald@sheppardmullin.com
1540 El Camino Real Suite 120
Menlo Park, California 94025-4111
Telephone:   650.815.2600
Facsimile:   650.815.2601

KAZIM A. NAQVI, Cal. Bar No. 300438
knaqvi@sheppardmullin.com
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067-7017
Telephone:   310.228.3700
Facsimile:   310.228.3701

PARKER POE ADAMS & BERNSTEIN LLP
CHRISTOPHER M. THOMAS (*admitted pro hac vice*)
christhomas@parkerpoe.com
ANDREW P. TABELING (*admitted pro hac vice*)
andytabeling@parkerpoe.com
301 Fayetteville Street, Suite 1400
Raleigh, North Carolina  27602-0389
Telephone:   (919) 835-4626
Facsimile:   (919) 834-4564

NICHOLAS H. LEE (*admitted pro hac vice*)
nicholaslee@parkerpoe.com
620 S. Tryon Street, Suite 800
Charlotte, North Carolina 28202
Telephone: 704-335-9876
Facsimile: 704-334-4706

Attorneys for Plaintiff and Counterdefendant AMERICAN
INSTITUTE OF CERTIFIED PUBLIC ACCOUNTANTS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| | |
|---|---|
| AMERICAN INSTITUTE OF CERTIFIED PUBLIC ACCOUNTANTS,<br><br>        Plaintiff,<br><br>    v.<br><br>STEPHEN LAU,<br><br>        Defendant.<br>STEPHEN LAU, | Case No. 5:24-cv-01940-SSS-SHK<br><br>**COUNTER-DEFENDANT AMERICAN INSTITUTE OF CERTIFIED PUBLIC ACCOUNTANTS' OBJECTION TO COUNTER-CLAIMANT'S REPLY IN SUPPORT OF HIS EX PARTE APPLICATION** |

-1-

SMRH:4935-4415-6978.3

Counter-Claimant,

v.

AMERICAN INSTITUTE OF
CERTIFIED PUBLIC
ACCOUNTANTS

Counter-Defendant.

Plaintiff and Counter-Defendant American Institute of Certified Public Accountants ("AICPA'") objects to Defendant and Counterclaimant Stephen Lau's ("Lau") "Reply to AICPA's Opposition to *Ex Parte* Application For Temporary Restraining Order and Order To Show Cause" [ECF 59] ("Reply"), improperly filed last evening without leave of the Court in connection with Lau's *ex-parte* application.

This Court's standing orders do not authorize parties to submit replies with respect to *ex parte* applications, but rather contemplate only the application by the moving party, and an opposition, if any, that must be filed within 24 hours. Accordingly, Lau's Reply misuses the *ex parte* process and is not authorized, and AICPA respectfully requests that it be stricken and not considered.  *See*, *e.g.*, *White v. Moore*, No. 221CV06964MCSMAA, 2022 WL 2189536, at *1 (C.D.Cal. Apr. 26, 2022) (striking "unauthorized reply" in support of *ex-parte* application); *cf. Shaarawy v. Becerra*, No. 2:24-CV-09124-ODW (JPRX), 2024 WL 5317256, at *1 n.1 (C.D.Cal. Nov. 1, 2024) (stating that parties are not permitted to file a reply in support of an *ex parte* application unless expressly authorized by the court) (looking to judge's rules); *see also generally Plexxikon Inc. v. Novartis Pharms. Corp.*, No. 17-CV-04405-HSG, 2021 WL 2808971, at *1 (N.D.Cal. July 6, 2021) (striking reply brief filed in support of motion to exclude witness, where court did not authorize party to file a reply brief).

///

///

Dated:  April 4, 2025

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP


By        /s/ *Tenaya Rodewald*
       TENAYA RODEWALD
       KAZIM A. NAQVI
       Attorneys for Plaintiff
AMERICAN INSTITUTE OF CERTIFIED PUBLIC ACCOUNTANTS

Case No. 5:24-cv-01940-SSS-SHK

SMRH:4935-4415-6978.3

OBJECTION TO LAU'S REPLY ISO LAU'S *EX PARTE*