SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
TENAYA RODEWALD, Cal Bar No. 248563
trodewald@sheppardmullin.com
1540 El Camino Real Suite 120
Menlo Park, California 94025-4111
Telephone:  650.815.2600
Facsimile:   650.815.2601

KAZIM A. NAQVI, Cal. Bar No. 300438
knaqvi@sheppardmullin.com
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067-7017
Telephone:  310.228.3700
Facsimile:   310.228.3701

PARKER POE ADAMS & BERNSTEIN LLP
CHRISTOPHER M. THOMAS (*admitted pro hac vice*)
christhomas@parkerpoe.com
ANDREW P. TABELING (*admitted pro hac vice*)
andytabeling@parkerpoe.com
301 Fayetteville Street, Suite 1400
Raleigh, North Carolina  27602-0389
Telephone:  (919) 835-4626
Facsimile:   (919) 834-4564

NICHOLAS H. LEE (*admitted pro hac vice*)
nicholaslee@parkerpoe.com
620 S. Tryon Street, Suite 800
Charlotte, North Carolina 28202
Telephone: 704-335-9876
Facsimile: 704-334-4706

Attorneys for Plaintiff AMERICAN INSTITUTE OF CERTIFIED PUBLIC ACCOUNTANTS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| AMERICAN INSTITUTE OF CERTIFIED PUBLIC ACCOUNTANTS,<br><br>        Plaintiff,<br><br>    v.<br><br>STEPHEN LAU,<br><br>        Defendant. | Case No. 24-cv-1940<br><br>**DECLARATION OF WILLIAM EMMER** |

-1-

Case No. 24-cv-1940

STEPHEN LAU,

        Counterclaimant,

  v.

AMERICAN INSTITUTE OF CERTIFIED PUBLIC ACCOUNTANTS,

        Counter-Defendant.

## DECLARATION OF WILLIAM EMMER

I, William Emmer, declare as follows:

1.    I am the Chief Operating Officer of the National Association of State Boards of Accountancy ("NASBA"). NASBA is the association dedicated to serving the United States' 55 State Boards of Accountancy. State Boards of Accountancy license more than 672,000 Certified Public Accountants and regulate the practice of public accountancy in the United States.

2.    I have personal knowledge of NASBA's role in assisting the American Institute of Certified Public Accountants ("AICPA") in its investigation of a series of unauthorized disclosures on Discord and Reddit of material comprised of, pertaining to, and/or describing the questions, problems, and suggested answers that make up the test items used in the Uniform CPA Exam (collectively, "Exam Content").

3.    NASBA works with the AICPA to provide testing information to Uniform CPA Exam ("CPA Exam") candidates. Specifically, NASBA maintains a central candidate database and matches score data it receives from the AICPA with individual candidate details, which the AICPA does not have. In most states, scores are reported on NASBA's website. NASBA's central database contains records of candidates who have taken the various sections of the CPA Exam.

4.    NASBA reviewed and confirmed Stephen Lau's testing history in its internal database. Lau sat for the REG section of the CPA Exam on at least

-2-

Case No. 24-cv-1940

DECLARATION OF WILLIAM EMMER

November 25, 2023. Lau sat for the ISC section of the CPA Exam on at least February 3, 2024. Lau sat for the FAR section of the CPA Exam on at least September 24, 2024.

5. NASBA's records show that Lau saw, acknowledged, and accepted the terms of The Uniform CPA Examination Conduct and Non-Disclosure Agreement (the "NDA") as is required before any candidate schedules or takes the CPA Exam. Specifically, Lau saw, acknowledged, and accepted the terms of the NDAs attached hereto on at least November 16, 2023, December 28, 2023, and August 12, 2024 when scheduling his appointments to take sections of the CPA Exam by affirmatively clicking "I ACCEPT", as opposed to "I DO NOT AGREE". A copy of the NDA that Lau saw, acknowledged, and accepted on at least November 16, 2023 is attached hereto as Exhibit 1. A copy of the NDA that Lau saw, acknowledged, and accepted on at least December 28, 2023, and August 12, 2024 is attached hereto as Exhibit 2.

6. The CPA Portal is an online platform provided by NASBA that allows CPA candidates and licensed professionals to manage various aspects of their CPA journey. It serves as a centralized system for, among other things, viewing and printing Notices to Schedule (NTS), which are required to schedule CPA Exam sections. All CPA candidates are required to use NASBA's CPA Portal to access their candidate testing data.

7. All CPA candidates, including candidates in California, are required to read, understand, and accept the terms of the Consent Agreement (the "Informed Consent Agreement") attached hereto as Exhibit 3. Prior to doing so, such candidates are notified that the Informed Consent Agreement is a binding contract between the candidate, the candidate's jurisdiction's Board of Accountancy, the National Association of State Boards of Accountancy ("NASBA"), and the American Institute of Certified Public Accountants ("AICPA").

8. On at least February 4, 2023, Lau affirmatively acknowledged that he had read, understood, and accepted the terms of the Informed Consent Agreement under which he agreed to the investigation of any suspected inappropriate activity and to the transfer of his personal data to the AICPA in connection with any such investigation. A copy of NASBA's record of Lau's acceptance of the Informed Consent Agreement and all its terms is attached hereto as Exhibit 4. Exhibit 4 is a screen capture from NASBA's CPA Portal system where NASBA, as a regular practice, keeps records of CPA candidate's acceptances of the Informed Consent Agreement made at or near the time of such acceptances.

9. The status of "Accepted" shown in Exhibit 4, indicates that Mr. Lau affirmatively acknowledged that he had read, understood, and accepted the terms of the Informed Consent Agreement.

10. In order to register with NASBA's CPA Portal, a CPA Exam candidate goes to: https://dashboard.nasba.org/ and clicks "sign-up" as shown in the screenshot on page 1 of Exhibit 5 hereto.

11. The candidate then creates and registers an account with NASBA by entering a current and accessible email account and a password which meets the applicable security standards into the interface shown in the screenshot on page 2 of Exhibit 5, and then affirmatively clicks on the green button labeled "Register".

12. As shown in the screenshots on page 3 of Exhibit 5, NASBA then sends a verification email to the registered email address that instructs the candidate to click the link in the email to confirm and activate their account.

13. As shown in the screenshots on pages 4-5 of Exhibit 5, the candidate is then required to set up a SMS multifactor authenticator and affirmatively click on "Finish" once this setup is complete.

14. After that, as shown in the screenshots on pages 6-13 of Exhibit 5, all candidates, including those in non-CPAES jurisdictions like California, are required to review each section of the Informed Consent Agreement and affirmatively check

-4-

DECLARATION OF WILLIAM EMMER

the checkbox underneath each section before continuing, and then click the green "Submit" button.

15.   As shown on page 6 of Exhibit 5, by affirmatively clicking the checkbox under the Notice in Section I of the Informed Consent, Lau accepted that he read and understood that, in consideration for him being permitted to sit for the CPA Exam, he agreed that he had read and understood that his acceptance of the Informed Consent Agreement was required.

16.   This acceptance requirement applies to any CPA Exam candidate who uses the new CPA Portal, including CPA candidates in California who schedule CPA Exam section tests, as Lau has done.

17.   As shown in Exhibit 4 hereto, on February 4, 2023, Lau affirmatively agreed that he accepted that he had read and understood the Informed Consent Agreement, including Section II(c), which provides that NASBA or AICPA may, among other things, refuse to release his scores in the event that his conduct violates the rules or conduct and non-disclosure requirements of the AICPA, and that his failure to maintain the confidentiality of the Uniform CPA Exam could result in invalidation of his scores, disqualification from future exams, and civil or criminal penalties against him.

I declare under penalty of perjury under the laws of the State of California and of the United States that the foregoing is true and correct.

Executed this 2nd day, of April , 2025 in _Nashville, TN_ .

(city, state)

_William Emmer_

William Emmer

-5-

Case No. 24-cv-1940

DECLARATION OF WILLIAM EMMER