SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
TENAYA RODEWALD, Cal Bar No. 248563
trodewald@sheppardmullin.com
1540 El Camino Real Suite 120
Menlo Park, California 94025-4111
Telephone:  650.815.2600
Facsimile:  650.815.2601

KAZIM A. NAQVI, Cal. Bar No. 300438
knaqvi@sheppardmullin.com
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067-7017
Telephone:  310.228.3700
Facsimile:  310.228.3701

PARKER POE ADAMS & BERNSTEIN LLP
CHRISTOPHER M. THOMAS (*admitted pro hac vice*)
christhomas@parkerpoe.com
ANDREW P. TABELING (*admitted pro hac vice*)
andytabeling@parkerpoe.com
301 Fayetteville Street, Suite 1400
Raleigh, North Carolina  27602-0389
Telephone:  (919) 835-4626
Facsimile:   (919) 834-4564

NICHOLAS H. LEE (*admitted pro hac vice*)
nicholaslee@parkerpoe.com
620 S. Tryon Street, Suite 800
Charlotte, North Carolina 28202
Telephone: 704-335-9876
Facsimile: 704-334-4706

Attorneys for Plaintiff and Counterdefendant AMERICAN
INSTITUTE OF CERTIFIED PUBLIC ACCOUNTANTS

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| | |
|---|---|
| AMERICAN INSTITUTE OF CERTIFIED PUBLIC ACCOUNTANTS,<br><br>Plaintiff,<br><br>v.<br><br>STEPHEN LAU,<br><br>Defendant. | Case No. 5:24-cv-01940-SSS-SHK<br><br>**AFFIDAVIT OF KEITH WOJCIESZEK** |

STEPHEN LAU,

        Counter-Claimant,

    v.

AMERICAN INSTITUTE OF
CERTIFIED PUBLIC
ACCOUNTANTS

        Counter-Defendant.

SMRH:4897-9745-3885.2

CONFIDENTIAL

STATE OF MARYLAND

COUNTY OF CALVERT

# AFFIDAVIT OF KEITH WOJCIESZEK

**Keith Wojcieszek**, being duly sworn, deposes and says the following:

1.      I am employed as Managing Director at Kroll Associates, Inc. ("Kroll"). Kroll is a premier provider of cyber threat intelligence services. Kroll was engaged by the American Institute of Certified Public Accountants (the "AICPA") to investigate the source of unauthorized disclosures comprised of, pertaining to, and/or describing the questions, problems, and suggested answers (the "Exam Content") that are used in the Uniform CPA Examination (the "CPA Exam"). I have personal knowledge of Kroll's role in the investigation into the unauthorized disclosures of exam content and Kroll's role in identifying the party who Kroll reasonably believes disclosed the Exam Content.

2.      Kroll learned through investigation that Exam Content had been posted in a Discord server called "CPA Exam Study Group" by a user who was identified on the Discord server as "WesleySakamoto." Kroll viewed posts by the WesleySakamoto account and my team created the screen captures of such posts, some of which are attached to this Affidavit.

3.      During the course of Kroll's investigation into the party using the WesleySakamoto username, we identified several other accounts on other internet platforms, including Spotify and Battle.net, which were identified by the WesleySakamato Discord profile as "Connections." The WesleySakamoto user's Discord account also indicated that it was the same user as an account using the name WesleySakamoto for the online gaming service Steam. We examined the WesleySakamoto Steam profile and it indicated the first name of the user associated with the Steam profile account was "Stephen."

CONFIDENTIAL

4.    Kroll observed that some of the accounts that the WesleySakamoto Discord account identified as "Connections" identified other internet accounts associated with the username "omgitsalobster82." We conducted a surface web investigation which revealed a Reddit account under the username omgitsalobster82 which posted extensive discussions of the CPA Exam. That omgitsalobster82 Reddit account also included in its Reddit profile a "nickname" of "Wesley Sakamoto." Kroll also identified a Reddit post where the omgitsalobster82 account identified their Uplay username as WesleySakamoto. Based on Kroll's investigative experience, it is reasonable to believe that the party who operated the WesleySakamoto Discord account and the user who posted as the omgitsalobster82 Reddit account are the same party.

5.    Kroll's investigation of the omgitsalobster82 Reddit account also revealed activity that suggested CPA Exam testing history of the party who operated that account. For instance, a post by the omgitsalobster82 described their experience taking the REG Exam (which is part of the CPA Exam) in the November 26, 2023 window. Other Reddit posts by the same user suggested that they sat for the REG Exam previously in July 2010, May 2017, and October 2021. Further, a post in 2024 from the omgitsalobster82 Reddit account indicated that the user was turning 42 in 2024, meaning they would have been born in 1982. This is notable because the number at the end of a user name, such as "82" in the username "omgitsalobster82," often corresponds with a birth year. Based on the linkage of these facts, Kroll reasonably concluded that the party behind the WesleySakamoto Discord account and omgitsalobster82 account was born in 1982.

6.    Based on the investigation described above, AICPA provided the name of a potential party named Stephen Lau. Our investigation of the activity on the WesleySakamoto Discord account and the omgitsalobster82 Reddit account, as well as the provided party name, also revealed a connection to a LinkedIn account. The

2

profile picture for the WesleySakamoto Discord profile is identical to the LinkedIn profile picture for an account associated with an individual named Stephen Lau. This LinkedIn account identifies the user Stephen Lau's location as Upland, California.

7.     The work history identified on the Stephen Lau LinkedIn profile further confirmed a connections between that profile, the WesleySakamoto Discord account, and the omgitsalobster82 Reddit account. The work history from the Stephen Lau LinkedIn page identified UPS and Deloitte Advisory as prior employers of Stephen Lau.    Kroll's investigation uncovered Reddit activity on the omgsitsalobster82 Reddit account in which the user discussed working at Deloitte and at UPS on "subreddit" pages dedicated to discussion related to Deloitte and UPS. Based on a review of the totality of the links, Kroll believes that it is reasonable to conclude that the individual behind the WesleySakamoto account and the omgitsalobster82 Reddit account is Stephen Lau.

8.     Kroll captured and preserved the Discord and Reddit activity for posted content for omgitsalobster82 and WesleySakamato during the period of February 3, 2024 and May 20, 2024.

9.     Kroll captured and preserved the screenshot attached hereto as Exhibit 1 on or around May 20, 2024. The following list indicates the corresponding Discord URLs associated with Exhibit 1:

- https://discord.com/channels/798657995231592491/1164683382672863344/1203429359591882773
- https://discord.com/channels/798657995231592491/1164683382672863344/1203429395604308058
- https://discord.com/channels/798657995231592491/1164683382672863344/1203430143515955240

CONFIDENTIAL

- https://discord.com/channels/798657995231592491/1164683382672863344/1203430189380665374
- https://discord.com/channels/798657995231592491/1164683382672863344/1203430569086681259
- https://discord.com/channels/798657995231592491/1164683382672863344/1203430606122258463
- https://discord.com/channels/798657995231592491/1164683382672863344/1203430621377208371
- https://discord.com/channels/798657995231592491/1164683382672863344/1203430695507197973
- https://discord.com/channels/798657995231592491/1164683382672863344/1203430740570669056
- https://discord.com/channels/798657995231592491/1164683382672863344/1203430754265210940
- https://discord.com/channels/798657995231592491/1164683382672863344/1203430903779692656
- https://discord.com/channels/798657995231592491/1164683382672863344/1203430914328363060

10.    Kroll captured the screenshot attached hereto as <u>Exhibit 2</u> on or around May 20, 2024.  The following list indicates the corresponding Discord URLs associated with Exhibit 2:

- https://discord.com/channels/798657995231592491/1164683382672863344/1203432150536298497
- https://discord.com/channels/798657995231592491/1164683382672863344/1203432209294430308
- https://discord.com/channels/798657995231592491/1164683382672863344/1203432284049514506

4

CONFIDENTIAL

- https://discord.com/channels/798657995231592491/1164683382672863344/1203432349258489896
- https://discord.com/channels/798657995231592491/1164683382672863344/1203432786753486908

11. Kroll captured the screenshot attached hereto as Exhibit 3 on or around May 20, 2024. The following URL indicates the corresponding Discord URL associated with Exhibit 3:

- https://discord.com/channels/798657995231592491/1164683382672863344/1203434018482159757

12. On or around April 3, 2024, Kroll also captured the screenshot attached hereto as Exhibit 4. The following URL indicates the corresponding Reddit URL associated with Exhibit 4:

- https://www.reddit.com/r/CPA/comments/1845rxi/i_cant_tell_if_i_relied_too_much_or_too_little_on/

FURTHER AFFIANT SAYETH NAUGHT.

_____

STATE OF District of Columbia
COUNTY OF District of Columbia

Sworn to and subscribed before
Me this 25th day of October, 2024.

_____
Notary Public

Print Name: KARLENE ANN-MARIE LINDO

5

**CONFIDENTIAL**

My Commission Expires: _0 3/31/2028_

6