ROBERT L. URIARTE (SBN 258274)
ruriarte@orrick.com
AVERY CARTWRIGHT (SBN 354724)
acartwright@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
355 S. Grand Avenue
Los Angeles, CA  90071
Telephone:   +1 213 629 2020
Facsimile:    +1 213 612 2499

CHARLES WEINER (*Pro Hac Vice*)
charles@charlesweinerlaw.com
LAW OFFICE OF CHARLES WEINER
99 Lantern Drive, Suite 202
Doylestown, PA 18901
Telephone:  + 1 267-685-6311
Facsimile:   +1 215-340-768

Attorneys for Defendant/Cross-Complainant
STEPHEN LAU

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| AMERICAN INSTITUTE OF CERTIFIED PUBLIC ACCOUNTANTS,<br><br>        Plaintiff,<br><br>      v.<br><br>STEPHEN LAU,<br><br>        Defendant. | Case No. 5:24-cv-01940-SSS-SHKx<br><br>**SUPPLEMENTAL INDEX OF EXHIBITS IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION** |
| STEPHEN LAU,<br><br>        Cross-Complainant,<br><br>      v.<br><br>AMERICAN INSTITUTE OF CERTIFIED PUBLIC ACCOUNTANTS,<br><br>        Cross-Defendant, | |

Movant Stephen Lau respectfully submits the following Supplemental Index of Exhibits offered in support of his Motion for Preliminary Injunctive Relief.

## INDEX OF EXHIBITS

| Exhibit No. | Document Name |
|---|---|
| 1 | CBA Initial Licensing FAQs |
| 2 | CBA Member Guidelines and Procedures Manual, January 2025 |
| 3 | "Functions and History of the CBA" webpage |
| 4 | CBA Quicktips PDF |
| 5 | CBA Homepage |
| 6 | "Video and Information About How to Apply" CBA webpage |
| 7 | Video file (physically lodged) |
| 8 | "Apply for Examination Now" CBA webpage |
| 9 | "Reasonable Accommodations" CBA webpage |
| 10 | NASBA CPA exam webpage |
| 11 | NASBA Candidate Guide |
| 12 | CBA Application Information webpage |
| 13 | CBA Establish Account webpage |
| 14 | NASBA Payment Portal website |
| 15 | NASBA Exam Scores webpage |
| 16 | NASBA CPA Exam FAQ webpage |
| 17 | Prometric Pro Scheduler webpage |
| 18 | Prometric Scheduler Policy webpage |
| 19 | Prometric "Uniform" AICPA Agreement webpage |
| 20 | AICPA FAQ webpage |

SUPPLEMENTAL INDEX OF EXHIBITS RE MOTION FOR PRELIMINARY INJUNCTION
CASE NO. 5:24-CV-01940-SSS-SHKx

| 21 | AICPA "When You'll Get Your Scores" webpage |
|---|---|
| 22 | AICPA Exam Scoring and Pass Rates" webpage |
| 23 | CBA Disability Accommodations Confirmation Letter |
| 24 | Stephen Lau CBA Credit Status Information Sheet |
| 25 | January 21, 2025 CBA Letter re FAR Score |
| 26 | Stephen Lau email to AICPA re FAR score |
| 27 | AICPA "Internal" Informed Consent Document |
| 28 | 3/27/2025 Email from AICPA Counsel to Mr. Lau's Counsel |
| 29 | Second "Consent" Agreement Proffered by AICPA on April 3, 2025 |
| 30 | NASBA "What exactly is a Notice to Schedule (NTS)?" webpage |
| 31 | AICPA "Find out when you'll get your CPA exam score" webpage |
| 32 | 11/2/2024 Promteric response to Mr. Lau's Score Inquiry |
| 33 | 11/11/2024 Prometric response to Mr. Lau's Second Score Inquiry |
| 34 | 11/12/2024 Score inquiry email from Mr. Lau to NASBA |
| 35 | 11/13/2024 NASBA email response to Mr. Lau's score inquiry |
| 36 | 11/13/2024 Score inquiry from Mr. Lau to CBA |
| 37 | CPA Portal Printout of Mr. Lau's Exam Section Scheduling Page |
| 38 | ACIPA Candidate Performance Report webpage |
| 39 | Voluntary Compliance Agreement between the United States of America and AICPA |
| 40 | Printout of https://get.gov/ Homepage |
| 41 | Press Release entitled "U.S. Attorney's Office Settles Disability Discrimination Allegations Related to the CPA Exam" |
| 42 | AICPA0000224 dated September 17, 2024 |
| 43 | AICPA0000284 dated October 28, 2024 |
| 44 | AICPA0000286 dated February 12, 2025 |

- 3 -

| 45 | AICPA0000307 dated February 18, 2025 |
|----|---------------------------------------|
| 46 | AICPA0000277 dated March 6, 2025 |
| 47 | Email discussion concerning Rule 26 and Judge Syke's Standing Order, Dkt. 29 at 2 |
| 48 | AICPA's Responses to Mr. Lau's January 31, 2025 RFPs |
| 49 | Email discussions concerning AICPA's discovery responses |

Dated:   May 9, 2025                ORRICK, HERRINGTON & SUTCLIFFE LLP


By:  */s/ Robert L. Uriarte*
ROBERT L. URIARTE
Attorneys for Defendant/Cross-Complainant
STEPHEN LAU

- 4 -

SUPPLEMENTAL INDEX OF EXHIBITS RE
MOTION FOR PRELIMINARY
INJUNCTION
CASE NO. 5:24-CV-01940-SSS-SHKx

MOTION FOR PRELIMINARY INJUNCTIVE RELIEF
CASE NO. 5:24-CV-01940-SSS-SHKx