# EXHIBIT 40

5/9/25, 1:43 PM
Case 5:24-cv-01940-SSS-SHK    Document 80-4    Filed 05/09/25    Page 2 of 4   Page ID
Home | get.gov
#:1884

🇺🇸 An official website of the United States government  Here's how you know ⌃

**The .gov means it's official.**
Federal government websites often end in .gov or .mil. Before sharing sensitive information, make sure you're on a federal government site.

**The site is secure.**
The **https://** ensures that you are connecting to the official website and that any information you provide is encrypted and transmitted securely.

**get.gov**

MENU

# It should be easy to identify governments on the internet

.gov is the top-level domain for governments in the U.S.



**Get a .gov**    **Manage your domain**

## Benefits of .gov

 Helps the public identify official, trusted information

 Governments at all levels are eligible for .gov domains (cities, counties, and more)

 They're free!

## Start your .gov domain search



See if the .gov domain you want is available. We'll work with you to find the best domain for your organization that meets our requirements. Read more about choosing your .gov domain.

[_____] .gov    **Check availability**

**yoursite|.gov**

## Learn about .gov domains



🏛 Who is eligible for a .gov domain

★ Benefits of .gov

☰ Moving to .gov from another domain

✓ Steps to take before you request a .gov domain

👥 .Gov domains for election offices

## The latest from .gov

● **Getting a .gov just got easier**

01/31/24

● **.Gov registrar transition update**

10/13/23

More blog posts

### Featured .gov

**EveryKidOutdoors.gov ⬏**

Every Kid Outdoors is an interagency collaboration that enables fourth graders and their families to discover America's diverse wildlife, natural resources, and history for free.

Explore .gov data



**.gov**

Help  |  Contact us



get.gov
**An official website of the Cybersecurity and Infrastructure Security Agency**

About .gov

.gov on GitHub ☒

Privacy policy

Accessibility statement ☒

Vulnerability disclosure policy

No FEAR Act data

FOIA requests ☒

Looking for U.S. government information and services? **Visit USA.gov** ☒