# EXHIBIT 42

## DOCUMENT PROVISIONALLY FILED
## UNDER SEAL