# EXHIBIT 47

## Uriarte, Robert L.

| | |
|---|---|
| **From:** | Thomas, Christopher M. <christhomas@parkerpoe.com> |
| **Sent:** | Wednesday, January 15, 2025 4:54 PM |
| **To:** | Uriarte, Robert L.; Kazim Naqvi; Tenaya Rodewald |
| **Cc:** | Tabeling, Andrew P.; Lee, Nicholas H. |
| **Subject:** | RE: CD Cal Case No. 24-cv-1940 APICA v Stephen Lau |

**[EXTERNAL]**

Hi Rob,

I am unavailable on Monday. please propose some dates and times later next week and we will get back to you..

I will look at Mr. Lau's requests next week, but I am not inclined to respond to "informal discovery requests" beyond the information we already provided you with months ago. In any case, as I told you before-- I am tied up this week.

Thanks,
Chris

---

**Christopher Thomas**
Partner



PNC Plaza | 301 Fayetteville Street | Suite 1400 | Raleigh, NC 27601
Office: 919.835.4641 | Fax: 919.834.4564 | map

Visit our website at
www.parkerpoe.com

---

**From:** Uriarte, Robert L. <ruriarte@orrick.com>
**Sent:** Wednesday, January 15, 2025 3:32 PM
**To:** Thomas, Christopher M. <christhomas@parkerpoe.com>; Kazim Naqvi <KNaqvi@sheppardmullin.com>; Tenaya Rodewald <TRodewald@sheppardmullin.com>
**Cc:** Tabeling, Andrew P. <andytabeling@parkerpoe.com>; Lee, Nicholas H. <nicholaslee@parkerpoe.com>
**Subject:** RE: CD Cal Case No. 24-cv-1940 APICA v Stephen Lau

**\*\*\*Caution: External email\*\*\***

How about Monday at 11 am pacific?

1

1

To ensure a productive conference, I wanted to share Mr. Lau's thoughts on a few of the Rule 26(f) issues identified in Judge Sykes' scheduling conference order and civil standing order. Please see the items below and be prepared to discuss.

Looking forward to our call.

Thanks

Rob

**Discovery Plan**

- Judge Sykes has expressed and emphasized her desire that the parties "agree to begin to conduct discovery **before** the Scheduling Conference. At the very least, the parties shall comply fully with the letter and spirit of Federal Rule of Civil Procedure 26(a) and obtain and produce most of what would be produced in the early stage of discovery as the Court will impose strict deadlines to complete discovery at the Scheduling Conference." ECF 29 at 2 (emphasis in original).
    - o Consistent with Judge Sykes' directives, Mr. Lau anticipates producing by the end of next week all discoverable materials in his possession of which he is aware.
    - o We ask that AICPA promptly provide, without awaiting formal discovery requests, at least the following materials:
        - A list of known witnesses
        - Complete, unredacted versions of all materials submitted to the Copyright Office in connection with the subject copyright registration
        - Complete, unredacted versions of all items referred to in the subject registration (including question and answer sets)
        - Copies of all social media posts by Mr. Lau in AICPA's possession, custody, or control
        - Copies of the subject CPA exams taken by Mr. Lau, as referenced in AICPA's FAC
        - All internal and external non-privileged communications regarding Mr. Lau
        - Complete copies of AICPA's agreements with the California Board of Accountancy, NASBA, and Prometric from 2005 to present
        - Documents showing Mr. Lau's alleged assent to the subject NDAs
        - All licenses for retired exam content from 2005 to present
- Mr. Lau does not believe any different or special discovery procedures are appropriate for the case
- Mr. Lau is not aware of any issues concerning the availability of relevant evidence in his possession, custody, or control
- We have the following questions regarding AICPA's electronic records and known witnesses
    - o What is AICPA's document retention policy
    - o Is AICPA aware of any potentially relevant evidence that may have been lost due to, e.g., automatic deletion protocols and/or evidence that otherwise may not be reasonably accessible
    - o Where and how are AICPA's past exams maintained
    - o Where and how are AICPA's past exam prep materials maintained
    - o Where and how are AICPA's NDA records maintained (e.g., is it possible to generate a list of all persons who have seen a given exam under an NDA)
    - o What email system does AICPA use (e.g., outlook g-suite, etc)
    - o Does AICPA use any chat or collaborations platforms (e.g., Slack, MSFT teams, etc)

2

- o Who are the persons at AICPA involved in monitoring discord and reddit discussions
- o Who is the author of the exam content at issue, and is that person employed by AICPA today
- o Who at AICPA was responsible for the decision not to contact Mr. Lau before filing the lawsuit
- o Who at AICPA was responsible for the decision to file this lawsuit

- Mr. Lau is amenable to a protective order with confidentiality and attorneys eyes only provisions.  However, consistent with the directives in Judge Sykes' civil standing order, our view is that there are very few (if any) materials in this case that warrant an AEO designation.  The burden should be on the designating party to file a motion in the event of any PO designation disputes, and the burden of persuasion should be with the movant.

**Settlement/ADR**

- Mr. Lau would like to continue the settlement dialogue.  The basic framework he is interested in is a walk away with mutual releases
- Mr. Lau is amenable to an early neutral evaluation
- Mr. Lau is amenable to mediation before a CD Cal Magistrate Judge

**Pleadings/Motions**

- As previously discussed, Mr. Lau has not yet asserted affirmative counterclaims in hopes of continuing to focus on settlement.
- If AICPA is not amenable to continuing settlement discussions without further discovery and/or the assistance of a neutral, we will promptly amend Mr. Lau's counterclaims to assert UCL claims and disability discrimination claims

**Trial**

- Mr. Lau believes 4 days should be sufficient to complete the jury trial on existing claims
- Mr. Lau does not believe the case should be bifurcated

**Other Issues**

- Mr. Lau is currently unaware of any issues related to discovery in foreign jurisdictions, but if AICPA is aware of any (e.g., if there are licensees located outside the U.S.), please let us know
- Mr. Lau may require reasonable ADA accommodations during the course of these proceedings

---

**From:** Thomas, Christopher M. <christhomas@parkerpoe.com>
**Sent:** Thursday, January 9, 2025 10:10 AM
**To:** Uriarte, Robert L. <ruriarte@orrick.com>; Kazim Naqvi <KNaqvi@sheppardmullin.com>; Tenaya Rodewald <TRodewald@sheppardmullin.com>
**Cc:** Tabeling, Andrew P. <andytabeling@parkerpoe.com>; Lee, Nicholas H. <nicholaslee@parkerpoe.com>
**Subject:** RE: CD Cal Case No. 24-cv-1940 APICA v Stephen Lau

3

**[EXTERNAL]**

Hi Rob,

We are not available next week. Please let me know when you are free the following week.

Thanks,

Chris

---

**Christopher Thomas**
Partner



PNC Plaza | 301 Fayetteville Street | Suite 1400 | Raleigh, NC 27601
Office: 919.835.4641 | Fax: 919.834.4564 | map

Visit our website at
www.parkerpoe.com

---

**From:** Uriarte, Robert L. <ruriarte@orrick.com>
**Sent:** Thursday, January 9, 2025 12:06 PM
**To:** Thomas, Christopher M. <christhomas@parkerpoe.com>; Kazim Naqvi <KNaqvi@sheppardmullin.com>; Tenaya Rodewald <TRodewald@sheppardmullin.com>
**Cc:** Tabeling, Andrew P. <andytabeling@parkerpoe.com>; Lee, Nicholas H. <nicholaslee@parkerpoe.com>
**Subject:** CD Cal Case No. 24-cv-1940 APICA v Stephen Lau

**\*\*\*Caution: External email\*\*\***

Hi everyone, I hope you had a great holiday season, happy new year to each of you.

Can you please let me know your availability for a Rule 26(f) conference on Weds-Friday of next week?

Thanks

Rob

**Robert L. Uriarte**
Partner

Orrick
Los Angeles  ⓥ
T +1-650-289-7105
M +1-650-208-9179
he/him/his
ruriarte@orrick.com



**NOTICE TO RECIPIENT** | This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message from your system. Thank you in advance for your cooperation.

For more information about Orrick, please visit *http://www.orrick.com.*

In the course of our business relationship, we may collect, store and transfer information about you. Please see our privacy policy at https://www.orrick.com/Privacy-Policy to learn about how we use this information.

**NOTICE TO RECIPIENT** | This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message from your system. Thank you in advance for your cooperation.

For more information about Orrick, please visit *http://www.orrick.com.*

In the course of our business relationship, we may collect, store and transfer information about you. Please see our privacy policy at https://www.orrick.com/Privacy-Policy to learn about how we use this information.