ROBERT L. URIARTE (SBN 258274)
ruriarte@orrick.com
AVERY CARTWRIGHT (SBN 354724)
acartwright@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
355 S. Grand Avenue
Los Angeles, CA  90071
Telephone:   +1 213 629 2020
Facsimile:   +1 213 612 2499

CHARLES WEINER (*Pro Hac Vice*)
charles@charlesweinerlaw.com
LAW OFFICE OF CHARLES WEINER
99 Lantern Drive, Suite 202
Doylestown, PA 18901
Telephone:  + 1 267-685-6311
Facsimile:  +1 215-340-768

Attorneys for Defendant/Cross-Complainant
STEPHEN LAU

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| AMERICAN INSTITUTE OF CERTIFIED PUBLIC ACCOUNTANTS,<br><br>              Plaintiff,<br><br>       v.<br><br>STEPHEN LAU,<br><br>              Defendant.<br><br>_____<br><br>STEPHEN LAU,<br><br>              Cross-Complainant,<br><br>       v.<br><br>AMERICAN INSTITUTE OF CERTIFIED PUBLIC ACCOUNTANTS,<br><br>              Cross-Defendant, | Case No. 5:24-cv-01940-SSS-SHKx<br><br>**APPLICATION FOR LEAVE TO FILE AICPA-DESIGNATED DOCUMENTS UNDER SEAL** |

Pursuant to C.D. Cal. Local Rule 79-5.2.2(b) and the Court's April 15, 2025 Protective Order (Dkt. 67), movant Stephen Lau seeks leave to provisionally file under seal five documents that AICPA has designated "Confidential."

None of the subject documents meets the Protective Order standard for a "Confidential" designation because none contains any "trade secrets, copyrighted, and other confidential and proprietary research, development, commercial, financial, technical and/or proprietary information for which special protection from public disclosure and from use for any purpose other than prosecution of this Action is warranted." Dkt. 67 ¶2. There is no chance that the subject documents can be concealed from the public record under the "compelling reasons" standard applicable to Mr. Lau's motion for preliminary injunctive relief. *E.g., Ctr. for Auto Safety v. Chrysler Grp., LLC,* 809 F.3d 1092, 1099 (9th Cir. 2016). Accordingly, at 2:16 p.m. on May 9, 2025, shortly after learning of the existence of the subject documents, Mr. Lau's counsel emailed AICPA's counsel to attempt to obviate the need for this application. Mr. Lau's counsel's email stated Mr. Lau's position that the subject documents are not properly filed under seal and asked AICPA to state its position on the matter. AICPA's counsel ghosted Mr. Lau's counsel.

Therefore, pursuant to C.D. Cal. Local Rule 79-5.2.2(b) and the Protective Order, Mr. Lau files this application and submits the subject documents provisionally under seal. After Mr. Lau files this application, the burden of showing "good cause" for sealing the material falls to AICPA. *E.g., Santos v. TWC Admin. LLC*, 2014 WL 12703020, at *4 (C.D. Cal. 2014) (quoting *In re Roman Catholic Archbishop of Portland in Oregon*, 661 F.3d 417, 424 (9th Cir. 2011) ("When [a] protective order 'was a stipulated order and no party ha[s] made a 'good cause' showing,' then 'the burden of proof . . . remain[s] with the party seeking protection."); C.D. Cal. Civ. L.R. 79-5.2.2(b) (stating that the filing party may file an application to seal, and then, within 4 days, the "Designating Party must file a declaration establishing that all or

part of the designated material is sealable, by showing good cause or demonstrating compelling reasons why the strong presumption of public access in civil cases should be overcome, with citations to the applicable legal standard"). The subject documents are identified in the table below.

| Exhibit No. | Document ID |
|:---:|:---:|
| 42 | AICPA0000224 dated September 17, 2024 |
| 43 | AICPA0000284 dated October 28, 2024 |
| 44 | AICPA0000286 dated February 12, 2025 |
| 45 | AICPA0000307 dated February 18, 2025 |
| 46 | AICPA0000277 dated March 6, 2025 |

Dated:    May 9, 2025                    ORRICK, HERRINGTON & SUTCLIFFE LLP


By: */s/ Robert L. Uriarte*
ROBERT L. URIARTE
Attorneys for Defendant/Cross-Complainant
STEPHEN LAU

APPLICATION FOR LEAVE TO FILE
AICPA-DESIGNATED DOCUMENTS
UNDER SEAL
CASE NO. 5:24-CV-01940-SSS-SHKx

MOTION FOR PRELIMINARY INJUNCTIVE RELIEF
CASE NO. 5:24-CV-01940-SSS-SHKx