ROBERT L. URIARTE (SBN 258274)
ruriarte@orrick.com
AVERY CARTWRIGHT (SBN 354724)
acartwright@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
355 S. Grand Avenue
Los Angeles, CA  90071
Telephone:  +1 213 629 2020
Facsimile:   +1 213 612 2499

CHARLES WEINER (*Pro Hac Vice*)
charles@charlesweinerlaw.com
LAW OFFICE OF CHARLES WEINER
99 Lantern Drive, Suite 202
Doylestown, PA 18901
Telephone:  + 1 267-685-6311
Facsimile:  +1 215-340-768

Attorneys for Defendant/Cross-Complainant
STEPHEN LAU

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| AMERICAN INSTITUTE OF CERTIFIED PUBLIC ACCOUNTANTS, | Case No. 5:24-cv-01940-SSS-SHKx |
| Plaintiff, | **DECLARATION OF ROBERT L. URIARTE RE: REPLY IN SUPPORT OF APPLICATION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL** |
| v. | |
| STEPHEN LAU, | |
| Defendant. | |
| STEPHEN LAU, | |
| Cross-Complainant, | |
| v. | |
| AMERICAN INSTITUTE OF CERTIFIED PUBLIC ACCOUNTANTS, | |
| Cross-Defendant, | |

I, Robert L. Uriarte, declare as follows:

1. I am over the age of 18 and make this declaration based on my personal knowledge, except for facts stated on information and belief, which I believe to be true. I could and would testify competently to the facts stated in this declaration if called as a witness.

2. I am counsel of record for Stephen Lau in this case.

3. On Wednesday, May 7, 2025, AICPA produced 118 documents while I was in transit from Los Angeles to San Jose, California to argue a May 8, 2025 motion in a case styled *Synopsys, Inc. v. Sunlune Corporation*, N.D. Cal. Case No. 5:24-cv-00220. I am lead counsel for Synopsys in that case and did not have a chance to review AICPA's production until the afternoon of May 9, after I returned to Los Angeles from the May 8 hearing in San Jose.

4. Among the documents AICPA produced on May 7 and discovered by me on May 9 are five documents that constitute rebuttal evidence to certain arguments presented by AICPA in opposition to Mr. Lau's Motion for Preliminary Injunction. AICPA designated these documents "Confidential" under the Protective Order. These documents are the subject of Mr. Lau's sealing application are identified by exhibit number, beginning Bates number, and date in the table below.

| Exhibit No. | Document ID |
|---|---|
| 42 | AICPA0000224 dated September 17, 2024 |
| 43 | AICPA0000284 dated October 28, 2024 |
| 44 | AICPA0000286 dated February 12, 2025 |
| 45 | AICPA0000307 dated February 18, 2025 |
| 46 | AICPA0000277 dated March 6, 2025 |

5. At 2:16 p.m. on May 9, 2025, shortly after learning of the existence of the subject documents, I emailed AICPA's counsel to attempt to obviate the need for

DECL. OF ROBERT L. URIARTE RE REPLY
ISO PRELIMINARY INJUNCTION MOTION
CASE NO. 5:24-CV-01940-SSS-SHKx

a sealing application. My email stated the position that the subject documents are not properly filed under seal and asked AICPA to state its position on the matter. AICPA's counsel straight up ghosted me.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge, information and belief. Executed this 9th day of May, 2025 at Pasadena, California.

*/s/ Robert L. Uriarte*

_____

Robert L. Uriarte

DECL. OF ROBERT L. URIARTE RE REPLY
ISO PRELIMINARY INJUNCTION MOTION
CASE NO. 5:24-CV-01940-SSS-SHKX

MOTION FOR PRELIMINARY INJUNCTIVE RELIEF
CASE NO. 5:24-CV-01940-SSS-SHKx