# EXHIBIT 42

## UNREDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

**PERSONAL AND CONFIDENTIAL**                                    September 17, 2024

Dominic Franzella
Executive Officer
California Board of Accountancy
2540 Venture Oaks Way, Suite 300
Sacramento, California 95833

**Re: AICPA Complaint Against Uniform CPA Examination ("CPA Exam") Candidate Stephen Lau**

Dear Mr. Franzella:

On September 11, 2024, the AICPA filed a lawsuit against a registered CPA candidate, Mr. Stephen Lau, in your jurisdiction.  This lawsuit seeks injunctive relief and damages for copyright infringement, misappropriation of trade secrets, and breach of contract.  The lawsuit was initiated in response to actions taken by Mr. Lau on February 3, 2024, when he posted a message in a chat room on Discord, a communication platform, that contained a virtually exact reproduction of a multiple choice question and its suggested answers and the descriptions of the subject matters of three task-based simulations that were included in the Information Systems and Controls (ISC) section of CPA Exam that he took that same day.

I understand that the California Board of Accountancy heard about this lawsuit last week, and that you received email copies of the filings from AICPA's legal counsel today.

Currently, Mr. Lau is scheduled to take his fourth and final section of the CPA Exam, Financial Accounting and Reporting, on September 24, 2024 as he is currently holding credit for three other sections.  We are therefore referring this specific, urgent matter to your State Board for investigation, with our recommendation that Mr. Lau not be permitted to test and/or that his CPA Exam scores be invalidated for licensure qualification purposes.

Details of and findings from our investigation are in the lawsuit, but please let me know if there is any additional supporting information that we can make available to you.

AICPA0000224

We are requesting a formal response acknowledging receipt of this complaint and an indication of whether the California Board of Accountancy can act, while your investigation is underway, to preclude Mr. Lau from taking future sections of the CPA Exam including the one scheduled on September 24, 2024.

If you have any questions, please contact me at Mike.Decker@aicpa-cima.com or by phone at 609-433-5315(m).

Ultimately, we would appreciate the Board sharing with the AICPA the results of its investigation.

Sincerely,

Michael A. Decker
VP – CPA Examination and Pipeline – Public Accounting, AICPA
M: +1.609.433.5315
Mike.Decker@aicpa-cima.com


Cc:     Bric Allen, Chief Legal Officer, NASBA
        Colleen Conrad, EVP and COO, NASBA
        Susan Coffey, CEO, Public Accounting, AICPA
        Teighlor March, Assistant General Counsel, AICPA

CONFIDENTIAL                                      AICPA0000225