# EXHIBIT 45

## UNREDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL



**California Board of Accountancy**
2450 Venture Oaks Way, Suite 300
Sacramento, CA 95833

*phone:* (916) 263-3680     *fax:* (916) 263-3675     *web:* www.cba.ca.gov



February 18, 2025                                                    **Sent Via Email & Regular Mail**

Michael A. Decker, VP – CPA Examination and Pipeline – Public Accounting American
Institute of CPAs
Princeton South Corporate Center 100 Princeton South, Suite 200
Ewing, NJ 08628

Re: **Response to Email from Teighlor S. March, Received February 17, 2025**

Dear Mr. Decker:

This letter serves to respond to the above-noted email received on February 17, 2025
that responded to California Board of Accountancy's (CBA) letter requesting release of
Stephen Lau's score for the FAR section of the Uniform CPA Examination (CPA Exam).

As stated in CBA's letter, because Lau is a California CPA Exam candidate, it is the CBA
that has jurisdiction under the California Accountancy Act to grant or deny an
application, grant or deny admission to sit, and to void or finalize an exam score
(Business and Professions Code sections 5110-5113). By enacting those statutes, the
California Legislature charged CBA with the responsibility to determine questions about
qualification to take an exam, admission to take a particular exam, and voidance or
finalization of exam scores.

Pursuant to this authority and the CBA's contract with NASBA, the CBA communicated
its concerns about Lau's exam score. NASBA has a contractual relationship with AICPA,
and if it has also requested release of Lau's score, notwithstanding the serious
concerns raised in AICPA's pending lawsuit against Lau, we are unaware of a sufficient
legal basis for AICPA to continue withholding the score. As such, the CBA should
receive the score so that it can perform its role as the agency with the authority to
finalize or void an exam score. The CBA thus renews its request for the AICPA's release
of Lau's recent score for the FAR section of the CPA Exam.

Sincerely,

Dominic Franzella
Executive Officer

c: Teighlor S. March, Assistant General Counsel

CONFIDENTIAL

AICPA0000307