# EXHIBIT 46

**UNREDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

Message

---

| | |
|---|---|
| **From:** | Franzella, Dominic@CBA [dominic.franzella@cba.ca.gov] |
| **Sent:** | 3/6/2025 8:42:09 PM |
| **To:** | Mike Decker [Mike.Decker@aicpa-cima.com] |
| **CC:** | Teighlor March [Teighlor.March@aicpa-cima.com]; Thomas, Christopher M. [christhomas@parkerpoe.com] |
| **Subject:** | FW: February 26 Response Letter |
| **Attachments:** | Dominic Franzella Response Letter February 26 2025.pdf |

**\*\*\*Caution: External email\*\*\***

---

Good afternoon, Mike:

I wanted to let you and the AICPA know, I've had the opportunity to review and consider the contents of your letter. I disagree with the conclusions reached by the AICPA, and I continue to stand by the position outlined in my February 10 & 18, 2025 letters. As such, I still believe the AICPA should release the score to the CBA for consideration and processing.

Regards,
Dominic

**Dominic Franzella** | Executive Officer, California Board of Accountancy
2450 Venture Oaks Way, Ste. 300 | Sacramento, CA 95833 | (916) 561-1711 (Office) | (916) 215-2389 (Cell)

---

**From:** Mike Decker <Mike.Decker@aicpa-cima.com>
**Sent:** Thursday, February 27, 2025 10:44 AM
**To:** Franzella, Dominic@CBA <dominic.franzella@cba.ca.gov>
**Cc:** Teighlor March <Teighlor.March@aicpa-cima.com>; Thomas, Christopher M. <christhomas@parkerpoe.com>
**Subject:** February 26 Response Letter

Dominic,

Following up on our brief conversation, please see the attached letter as promised.

I'll send you a copy of the Informed Consent shortly.

Mike

Michael A. Decker
VP – CPA Examination and Pipeline – Public Accounting
Association | AICPA | CIMA
T: +1.609.671.2906 | M: +1.609.433.5315
Mike.Decker@aicpa-cima.com
Princeton South Corporate Center
100 Princeton South, Suite 200
Ewing, NJ 08628
Contact the Global Engagement Center about AICPA and CIMA



AICPA & CIMA
Together as the Association of International
Certified Professional Accountants



AICPA0000277

This message, including any attachments, may contain confidential information intended for a specific individual and purpose and is protected by law. If you are not the intended recipient, please delete it. Any disclosure, copying or distribution of this message is strictly prohibited.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\* This message, including any attachments, may contain confidential information intended for a specific individual and purpose and is protected by law. If you are not the intended recipient, please delete it. Any disclosure, copying or distribution of this message is strictly prohibited.

2
AICPA0000278