SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
TENAYA RODEWALD, Cal Bar No. 248563
trodewald@sheppardmullin.com
1540 El Camino Real Suite 120
Menlo Park, California 94025-4111
Telephone: 650.815.2600
Facsimile: 650.815.2601

KAZIM A. NAQVI, Cal. Bar No. 300438
knaqvi@sheppardmullin.com
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067-7017
Telephone: 310.228.3700
Facsimile: 310.228.3701

PARKER POE ADAMS & BERNSTEIN LLP
CHRISTOPHER M. THOMAS (*admitted pro hac vice*)
christhomas@parkerpoe.com
ANDREW P. TABELING (*admitted pro hac vice*)
andytabeling@parkerpoe.com
301 Fayetteville Street, Suite 1400
Raleigh, North Carolina 27602-0389
Telephone: (919) 835-4626
Facsimile: (919) 834-4564

NICHOLAS H. LEE (*admitted pro hac vice*)
nicholaslee@parkerpoe.com
620 S. Tryon Street, Suite 800
Charlotte, North Carolina 28202
Telephone: 704-335-9876
Facsimile: 704-334-4706

Attorneys for Plaintiff and Counterdefendant AMERICAN INSTITUTE OF CERTIFIED PUBLIC ACCOUNTANTS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| | |
|---|---|
| AMERICAN INSTITUTE OF CERTIFIED PUBLIC ACCOUNTANTS,<br><br>Plaintiff,<br><br>v.<br><br>STEPHEN LAU,<br><br>Defendant.<br>STEPHEN LAU, | Case No. 5:24-cv-01940-SSS-SHK<br><br>**COUNTER-DEFENDANT AMERICAN INSTITUTE OF CERTIFIED PUBLIC ACCOUNTANTS' RESPONSE TO COUNTER-CLAIMANT STEPHEN LAU'S APPLICATION TO FILE DOCUMENTS UNDER SEAL (ECF 81)** |

Counter-Claimant,

v.

AMERICAN INSTITUTE OF CERTIFIED PUBLIC ACCOUNTANTS

Counter-Defendant.

On May 9, 2025, pursuant to Local Rule 79-5.2.2(b), Counter-Claimant Stephen Lau ("Lau") attempted to provisionally file under seal five documents (ECF 81) produced by Counter-Defendant American Institute of Certified Public Accountants ("AICPA"), attached as Exhibits 42-46 to Lau's Reply in Support of his Motion for Preliminary Injunction (ECF 80), and produced by the AICPA as AICPA0000224, 284, 286, 307, and 277, respectively (the "Five AICPA Documents").

Lau's Application to File Under Seal (ECF 81) is procedurally deficient and failed to comply with the Court's local rules (as reflected in the Court's Notice to Filer of Deficiencies at ECF 83). Further, Lau publicly filed the Five AICPA Documents at issue instead of provisionally filing them under seal as represented in the Application to File under Seal.

Regardless, the AICPA hereby withdraws its "Confidential" designation on the Five AICPA Documents, and consents that they may be publicly filed.

Dated: May 13, 2025

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By /s/ *Kazim A. Naqvi*

TENAYA RODEWALD
KAZIM A. NAQVI
Attorneys for Plaintiff
AMERICAN INSTITUTE OF CERTIFIED PUBLIC ACCOUNTANTS