# EXHIBIT 44

## UNREDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

NASBA
National Association of State Boards of Accountancy

150 Fourth Avenue North ♦ Suite 700 ♦ Nashville, TN 37219-2417 ♦ Tel 615/880-4200 ♦ Fax 615/880-4290 ♦ Web www.nasba.org

February 12, 2025

Sue Coffey, CPA, CGMA
Chief Executive Officer, Public Accounting
Association of International Certified Public Accountants
220 Leigh Farm Road
Durham, North Carolina 27707

Dear Ms. Coffey:

The National Association of State Boards of Accountancy (NASBA) has been informed that the American Institute of Certified Public Accountants (AICPA) has not yet released to the California Board of Public Accountancy (CBA) the Uniform CPA Examination (CPA Exam) score for the Financial Accounting and Reporting (FAR) section taken by CBA candidate Mr. Stephen Lau in fall 2024.

NASBA is aware of the pending litigation *American Institute of Certified Public Accountants v. Stephen Lau, Case # 5:24-cv-01940*, regarding claims that Mr. Lau infringed AICPA intellectual property rights and violated copyright laws. NASBA recognizes the importance of protecting the integrity of the CPA Exam. Maintaining the reliability and validity of this CPA Exam is critical to protecting state boards, the profession, and the public.

However, the state boards, not AICPA, are empowered to make decisions on score release. Therefore, NASBA requests that AICPA release Mr. Lau's FAR section score to NASBA for processing. NASBA makes this request on behalf of the CBA, which is a third-party beneficiary of NASBA and AICPA's contracts for delivery of the CPA Exam.

Please let me know if you have any questions regarding this matter. I can be reached at wgarvin@nasba.org and 865/518-6215.

Thank you,

Wendy S. Garvin

Wendy S. Garvin
Executive Vice President
NASBA

c: Daniel Dustin, President and CEO, NASBA
Bill Emmer, COO, NASBA
Mark Koziel, President and CEO, AICPA
Michael Decker, Vice President, CPA Examination and Pipeline, AICPA