# EXHIBIT 45

## UNREDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

CBA
CALIFORNIA BOARD OF ACCOUNTANCY

**California Board of Accountancy**
2450 Venture Oaks Way, Suite 300
Sacramento, CA 95833

*phone:* (916) 263-3680 *fax:* (916) 263-3675 *web:* www.cba.ca.gov

February 18, 2025 **Sent Via Email & Regular Mail**

Michael A. Decker, VP – CPA Examination and Pipeline – Public Accounting American Institute of CPAs
Princeton South Corporate Center 100 Princeton South, Suite 200
Ewing, NJ 08628

Re: **Response to Email from Teighlor S. March, Received February 17, 2025**

Dear Mr. Decker:

This letter serves to respond to the above-noted email received on February 17, 2025 that responded to California Board of Accountancy's (CBA) letter requesting release of Stephen Lau's score for the FAR section of the Uniform CPA Examination (CPA Exam).

As stated in CBA's letter, because Lau is a California CPA Exam candidate, it is the CBA that has jurisdiction under the California Accountancy Act to grant or deny an application, grant or deny admission to sit, and to void or finalize an exam score (Business and Professions Code sections 5110-5113). By enacting those statutes, the California Legislature charged CBA with the responsibility to determine questions about qualification to take an exam, admission to take a particular exam, and voidance or finalization of exam scores.

Pursuant to this authority and the CBA's contract with NASBA, the CBA communicated its concerns about Lau's exam score. NASBA has a contractual relationship with AICPA, and if it has also requested release of Lau's score, notwithstanding the serious concerns raised in AICPA's pending lawsuit against Lau, we are unaware of a sufficient legal basis for AICPA to continue withholding the score. As such, the CBA should receive the score so that it can perform its role as the agency with the authority to finalize or void an exam score. The CBA thus renews its request for the AICPA's release of Lau's recent score for the FAR section of the CPA Exam.

Sincerely,

Dominic Franzella
Executive Officer

c: Teighlor S. March, Assistant General Counsel