# EXHIBIT 46

## UNREDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

Message

**From:** Franzella, Dominic@CBA [dominic.franzella@cba.ca.gov]
**Sent:** 3/6/2025 8:42:09 PM
**To:** Mike Decker [Mike.Decker@aicpa-cima.com]
**CC:** Teighlor March [Teighlor.March@aicpa-cima.com]; Thomas, Christopher M. [christhomas@parkerpoe.com]
**Subject:** FW: February 26 Response Letter
**Attachments:** Dominic Franzella Response Letter February 26 2025.pdf

*****Caution: External email*****

---

Good afternoon, Mike:

I wanted to let you and the AICPA know, I've had the opportunity to review and consider the contents of your letter. I disagree with the conclusions reached by the AICPA, and I continue to stand by the position outlined in my February 10 & 18, 2025 letters. As such, I still believe the AICPA should release the score to the CBA for consideration and processing.

Regards,
Dominic

**Dominic Franzella** | Executive Officer, California Board of Accountancy
2450 Venture Oaks Way, Ste. 300 | Sacramento, CA 95833 | (916) 561-1711 (Office) | (916) 215-2389 (Cell)

---

**From:** Mike Decker <Mike.Decker@aicpa-cima.com>
**Sent:** Thursday, February 27, 2025 10:44 AM
**To:** Franzella, Dominic@CBA <dominic.franzella@cba.ca.gov>
**Cc:** Teighlor March <Teighlor.March@aicpa-cima.com>; Thomas, Christopher M. <christhomas@parkerpoe.com>
**Subject:** February 26 Response Letter

Dominic,

Following up on our brief conversation, please see the attached letter as promised.

I'll send you a copy of the Informed Consent shortly.

Mike

Michael A. Decker
VP – CPA Examination and Pipeline – Public Accounting
Association | AICPA | CIMA
T: +1.609.671.2906 | M: +1.609.433.5315
Mike.Decker@aicpa-cima.com
Princeton South Corporate Center
100 Princeton South, Suite 200
Ewing, NJ 08628
Contact the Global Engagement Center about AICPA and CIMA

AICPA & CIMA
Together as the Association of International Certified Professional Accountants


AICPA0000277

This message, including any attachments, may contain confidential information intended for a specific individual and purpose and is protected by law. If you are not the intended recipient, please delete it. Any disclosure, copying or distribution of this message is strictly prohibited.

************************************************************************************************
****** This message, including any attachments, may contain confidential information intended for a specific individual and purpose and is protected by law. If you are not the intended recipient, please delete it. Any disclosure, copying or distribution of this message is strictly prohibited.


AICPA0000278