UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—
GENERAL

| Case No. | 5:24-cv-01940-SSS-SHKx | Date | May 14, 2025 |
|---|---|---|---|
| Title | *American Institute of Certified Public Accountants v. Stephen Lau* | | |

| Present: The Honorable | SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE |
|---|---|

| Irene Vazquez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:   (IN CHAMBERS) ORDER GRANTING LEAVE TO FILE A SUR-REPLY**

The Court has received Plaintiff and Counter Defendant American Institute of Certified Public Accountants' (AICPA) Objection to Defendant and Counter Claimant Stephen Lau's Reply in Support of its Motion for a Preliminary Injunction. [Dkt. 80, 84]. Per AICPA's request, it is permitted to file a sur-reply of no more than ten pages no later than **May 18, 2025.**

**IT IS SO ORDERED.**