SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
TENAYA RODEWALD, Cal Bar No. 248563
trodewald@sheppardmullin.com
1540 El Camino Real Suite 120
Menlo Park, California 94025-4111
Telephone:  650.815.2600
Facsimile:  650.815.2601

KAZIM A. NAQVI, Cal. Bar No. 300438
knaqvi@sheppardmullin.com
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067-7017
Telephone:  310.228.3700
Facsimile:  310.228.3701

PARKER POE ADAMS & BERNSTEIN LLP
CHRISTOPHER M. THOMAS (*admitted pro hac vice*)
christhomas@parkerpoe.com
ANDREW P. TABELING (*admitted pro hac vice*)
andytabeling@parkerpoe.com
301 Fayetteville Street, Suite 1400
Raleigh, North Carolina  27602-0389
Telephone:  (919) 835-4626
Facsimile:   (919) 834-4564

NICHOLAS H. LEE (*admitted pro hac vice*)
nicholaslee@parkerpoe.com
620 S. Tryon Street, Suite 800
Charlotte, North Carolina 28202
Telephone: 704-335-9876
Facsimile: 704-334-4706

Attorneys for Plaintiff and Counter-Defendant AMERICAN INSTITUTE OF CERTIFIED PUBLIC ACCOUNTANTS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| AMERICAN INSTITUTE OF CERTIFIED PUBLIC ACCOUNTANTS,<br><br>          Plaintiff,<br><br>     v.<br><br>STEPHEN LAU,<br><br>          Defendant. | Case No. 5:24-cv-01940-SSS-SHKx<br><br>**DECLARATION CHRISTOPHER M. THOMAS IN SUPPORT OF COUNTER-DEFENDANT AMERICAN INSTITUTE OF CERTIFIED PUBLIC ACCOUNTANTS' SUR-REPLY IN SUPPORT OF OPPOSITION TO COUNTER-CLAIMANT'S MOTION FOR PRELIMINARY INJUNCTION** |

-1-

STEPHEN LAU,

    Counter-Complainant,

  v.

AMERICAN INSTITUTE OF CERTIFIED PUBLIC ACCOUNTANTS,

    Counter-Defendant.

Judge: Sunshine S. Sykes
Magistrate Judge: Shashi H. Kewalramani

-2-

## <u>DECLARATION OF CHRISTOPHER M. THOMAS</u>

I, Christopher M. Thomas, declare as follows:

1.      I am a Partner at Parker, Poe Adams & Bernstein LLP, and counsel of record for Plaintiff and Counter-Defendant American Institute of Certified Public Accountants (the "AICPA") in this matter. I have knowledge of the following facts, and if called as a witness, I could and would testify competently to these facts under oath.

2.      Attached as **Exhibit A** is a true and correct copy of a February 2025 e-mail thread between AICPA's Assistant General Counsel, Teighlor S. March, and Dominic Franzella of the California Board of Accountancy ("CBA"), produced by AICPA in this litigation as AICPA0000305-306.  To the best of my knowledge, the CBA has not responded to the AICPA's point that the CBA does not have separate agreements with exam candidates.

3.      Attached as **Exhibit B** is a true and correct copy of a February 26, 2025 letter from AICPA's Vice President, CPA Examination and Pipeline, to Dominic Franzella of the CBA, produced by AICPA in this litigation as AICPA0000279-280. I understand that the CBA has not responded to the AICPA's request for statutory language that the CBA has exclusive authority over the release of an exam score.

I declare, under penalty of perjury of the laws of the United States of America, that the foregoing is true and correct to the best of my information, knowledge, and belief.

Executed on May 18, 2025 at San Diego, California.

DocuSigned by:

*Christopher M. Thomas*

FCAD29EB5495405...

Christopher M. Thomas

-3-

SMRH:4930-4046-4452

THOMAS DECLARATION ISO AICPA'S SUR-REPLY ISO OPPOSITION TO PRELIMINARY INJUNCTION MOTION