# Exhibit A

Message

---

**From:**      Franzella, Dominic@CBA [dominic.franzella@cba.ca.gov]
**Sent:**      2/18/2025 10:39:42 PM
**To:**        Teighlor March [Teighlor.March@aicpa-cima.com]; Mike Decker [Mike.Decker@aicpa-cima.com]; Thomas, Christopher M. [christhomas@parkerpoe.com]
**CC:**        O'Connor, Kari@CBA [Kari.O'Connor@cba.ca.gov]
**Subject:**   RE: Uniform CPA Exam Score Hold - Stephen Lau
**Attachments:**  AICPA_Response_Letter_February_18_2025.pdf

**<span style="color:red">\*\*\*Caution: External email\*\*\*</span>**

Good afternoon, Teighlor:

Please see attached a response letter to your inquiry.

Regards,
D-

**Dominic Franzella** | Executive Officer, California Board of Accountancy
2450 Venture Oaks Way, Ste. 300 | Sacramento, CA 95833 | (916) 561-1711 (Office) | (916) 215-2389 (Cell)

---

**From:** Teighlor March <Teighlor.March@aicpa-cima.com>
**Sent:** Monday, February 17, 2025 8:19 AM
**To:** O'Connor, Kari@CBA <Kari.O'Connor@cba.ca.gov>; Mike Decker <Mike.Decker@aicpa-cima.com>; Thomas, Christopher M. <christhomas@parkerpoe.com>
**Cc:** Franzella, Dominic@CBA <dominic.franzella@cba.ca.gov>
**Subject:** RE: Uniform CPA Exam Score Hold - Stephen Lau

Hi – The AICPA is preparing a letter to respond to you.  We understand that you have asked NASBA to make the same request to us, so we will also include NASBA in our reply to you.

But as I prepare this, I want to give you the opportunity to clarify one piece I struggle with.  You state that the California Act doesn't provide A**IPC**A (sic) with the authority to withhold the score.  Yet, I do not see anything in the Act which prohibits us from withholding the score, either.  The Act is silent on this point.  That doesn't provide a basis for your position.

And as you've noted previously, the California Board has no separate agreement with its candidates.  So can you clarify the legal basis on which you are demanding release of the score?

Thanks.

Teighlor S. March
Assistant General Counsel – Office of General Counsel
Association | AICPA | CIMA
P: +1.919.402.4804 | M: +1.919.599.2849
teighlor.march@aicpa-cima.com

---

**From:** O'Connor, Kari@CBA <Kari.O'Connor@cba.ca.gov>
**Sent:** Wednesday, February 5, 2025 7:41 PM
**To:** Mike Decker <Mike.Decker@aicpa-cima.com>; Teighlor March <Teighlor.March@aicpa-cima.com>; Thomas, Christopher M. <christhomas@parkerpoe.com>

CONFIDENTIAL                                                                                    AICPA0000305

**Cc:** Franzella, Dominic <dominic.franzella@cba.ca.gov>
**Subject:** Uniform CPA Exam Score Hold - Stephen Lau

<span style="color:red">This message is from an EXTERNAL SENDER - be mindful of links and attachments.</span>

Good afternoon,

Please find the attached correspondence regarding California Candidate Stephen Lau.

Sincerely,



*Kari O'Connor*
Chief, Enforcement Division
California Board of Accountancy
2450 Venture Oaks Way, Suite 300
Sacramento, California 95833
tel: (279) 236-3075

*******************************************************************************************

****** This message, including any attachments, may contain confidential information intended for a specific individual and purpose and is protected by law. If you are not the intended recipient, please delete it. Any disclosure, copying or distribution of this message is strictly prohibited.

Exhibit A, Page 6