UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES -
GENERAL

| Case No. | 5:24-cv-01940-SSS-SHKx | | Date | May 23, 2025 |
|---|---|---|---|---|
| Title | *American Institute of Certified Public Accountants v. Stephen Lau* | | | |

Present: The Honorable    SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE

| Irene Vazquez | RS-CS-2 |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Tenaya Rodewald | Robert L. Uriarte |
| Andrew P. Tabeling | Avery Claire Cartwright |
| Christopher M. Thomas | |
| Kazim A. Naqvi | |

**Proceedings:    ZOOM: DEFENDANT/COUNTERCLAIMANT'S RENEWED MOTION FOR PRELIMINARY INJUNCTION [Dkt. 69] AND COUNTER-DEFENDANT'S MOTION TO DISMISS [Dkt. 64]**

Counsel state their appearances.  The Court confers and hears oral argument on the motion for preliminary injunction.  Furthermore, for the reasons stated on the record, the Court **ORDERS** as follows:

1.  The parties are **REFERRED** to Magistrate Judge Bristow for a settlement conference.  The parties are **DIRECTED** to contact Magistrate Judge Bristow's Courtroom Deputy Clerk for scheduling purposes.

2.  The motion for preliminary injunction is **DENIED**.  [Dkt. 69].

3.  The motion to dismiss is **TAKEN UNDER SUBMISSION**.  [Dkt. 64].

4.  Applications to File Under Seal are **DENIED AS MOOT**.  [Dkt. 75, 81].

**IT IS SO ORDERED.**

**cc: Judge Bristow**

Time:  00:45
Initials of Preparer: iv