UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES –
GENERAL

| Case No. | 5:24-cv-01940-SSS-SHKx | Date | May 28, 2025 |
|---|---|---|---|
| Title | *American Institute of Certified Public Accountants v. Stephen Lau* | | |

| Present: The Honorable | SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE |
|---|---|

| Irene Vazquez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**    **(IN CHAMBERS) ORDER REFERRING PARTIES TO MAGISTRATE JUDGE SHASHI H. KEWALRAMANI FOR SETTLEMENT CONFERENCE**

On May 23, 2025, the Court inadvertently referred the parties to Magistrate Judge David T. Bristow for purposes of a settlement conference. The Court now corrects its order by referring the parties to the assigned magistrate judge, Shashi H. Kewalramani, by way of this Order. Therefore, the Court hereby **DIRECTS** the parties to contact Magistrate Judge Kewalramani's Courtroom Deputy Clerk, at SHK_Chambers@cacd.uscourts.gov for scheduling purposes.

The parties are further **DIRECTED** to review and to comply strictly with Magistrate Judge Kewalramani's procedures for Settlement Conferences.

The parties shall notify Judge Sykes' Courtroom Deputy Clerk, at SSS_Chambers@cacd.uscourts.gov, regarding the result of their settlement efforts.

**IT IS SO ORDERED.**