1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
 A Limited Liability Partnership
2   Including Professional Corporations
 TENAYA RODEWALD, Cal Bar No. 248563
3  trodewald@sheppardmullin.com
1540 El Camino Real Suite 120
4  Menlo Park, California 94025-4111
Telephone: 650.815.2600
5  Facsimile: 650.815.2601

6  KAZIM A. NAQVI, Cal. Bar No. 300438
knaqvi@sheppardmullin.com
7  1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067-7017
8  Telephone: 310.228.3700
Facsimile: 310.228.3701
9
PARKER POE ADAMS & BERNSTEIN LLP
10 CHRISTOPHER M. THOMAS (*admitted pro hac vice*)
christhomas@parkerpoe.com
11 ANDREW P. TABELING (*admitted pro hac vice*)
andytabeling@parkerpoe.com
12 301 Fayetteville Street, Suite 1400
Raleigh, North Carolina 27602-0389
13 Telephone: (919) 835-4626
Facsimile: (919) 834-4564
14
*Attorneys for Plaintiff and Counter-Defendant*
15 AMERICAN INSTITUTE OF CERTIFIED PUBLIC ACCOUNTANTS

16 [*Additional Counsel of Record Listed on Next Page*]

17

18      UNITED STATES DISTRICT COURT

19      CENTRAL DISTRICT OF CALIFORNIA

20

| | |
|---|---|
| AMERICAN INSTITUTE OF CERTIFIED PUBLIC ACCOUNTANTS,<br><br> Plaintiff,<br><br> v.<br><br>STEPHEN LAU,<br><br> Defendant. | Case No. 5:24-cv-01940-SSS-SHK<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. 41(a)(1)(A)(ii)**<br><br>Complaint filed: 09/11/2024 |

STEPHEN LAU,

    Counter-Claimant,

v.

AMERICAN INSTITUTE OF CERTIFIED PUBLIC ACCOUNTANTS,

    Counter-Defendant.

*Additional Counsel of Record*:

Nicholas H. Lee (*admitted pro hac vice*)
nicholaslee@parkerpoe.com
620 S. Tryon Street, Suite 800
Charlotte, North Carolina 28202
Telephone: 704-335-9876
Facsimile: 704-334-4706

*Attorneys for Plaintiff and Counter-Defendant*
AMERICAN INSTITUTE OF CERTIFIED PUBLIC ACCOUNTANTS

ORRICK HERRINGTON & SUTCLIFFE LLP
Robert L. Uriarte (Cal. Bar No. 120420)
ruriarte@orrick.com
355 S Grand Avenue, Suite 2700
Los Angeles, CA 90071
Telephone:  650.614.7400
Facsimile:   650. 614.7401

*Attorneys for Defendant and Counter-Claimant*
STEPHEN LAU

# JOINT STIPULATION FOR DISMISSAL OF ALL CLAIMS AND COUNTERCLAIMS WITH PREJUDICE

This stipulation is entered into by and between Plaintiff and Counter-Defendant American Institute of Certified Public Accountants ("AICPA") and Defendant and Counter-Claimant Stephen Lau ("Lau") (collectively, the "Parties") who, by and through their respective counsel, hereby agree and stipulate to the following:

WHEREAS, on September 11, 2024, AICPA filed its Complaint (the "Action") (Dkt. 1);

WHEREAS, on December 16, 2024, Mr. Lau filed his answer to AICPA's Complaint and filed Counterclaims (Dkt. 28);

WHEREAS, on December 17, 2024, Mr. Lau served to AICPA an Offer of Judgment pursuant to Fed. R. Civ. P. 68 (the "Offer of Judgment");

WHEREAS, on January 6, 2025, AICPA filed its Amended Complaint (Dkt. 30);

WHEREAS, on January 28, 2025, Mr. Lau filed his answer to AICPA's Amended Complaint and filed Amended Counterclaims (Dkt. 34);

WHEREAS, on March 11, 2025, Mr. Lau filed his answer to AICPA's Amended Complaint and Second Amended Counterclaims (Dkt. 42);

WHEREAS, on April 2, 2025, Mr. Lau filed an *ex parte* application for a temporary restraining order requiring AICPA to release Mr. Lau's September 24, 2024 exam score (Dkt. 52), which application the Court denied on April 8, 2025 (Dkt. 62);

WHEREAS, on April 7, 2025, the Parties filed a Joint Stipulation whereby they agreed on that April 10, 2025, AICPA intended to move to dismiss pursuant to Fed. R. Civ. P. 12(b) some, but not all, of Mr. Lau's Second Amended Counterclaims and would not be required to file a partial answer by April 10, 2025 with respect to those counterclaims which were not the subject of AICPA's then-anticipated motion to dismiss, and that AICPA's answer deadline with respect to any counterclaims may be

1. extended until after the Court ruled on the AICPA's motion to dismiss (Dkt. 61);

2. WHEREAS, on April 10, 2025, AICPA filed a motion to dismiss pursuant to Fed. R. Civ. P. Rule 12(b) some, but not all, of Mr. Lau's Second Amended Counterclaims (Dkt. 64);

WHEREAS, on April 23, 2025, Mr. Lau filed a motion for preliminary injunction (Dkt. 69), again requesting release of the September 24, 2024 exam, which motion the Court denied following a hearing on the motion on May 23, 2025 (Dkt. 99);

WHEREAS, on July 17, 2025, following a Settlement Conference with Magistrate Judge Kewalramani, the Parties agreed in principle on the terms of a full and complete settlement of all claims and counterclaims;

WHEREAS, Mr. Lau signed the final Settlement Agreement (the "Settlement Agreement") on July 18, 2025, and AICPA delivered a fully executed Settlement Agreement to Mr. Lau on July 21, 2025 ("Effective Date");

WHEREAS, pursuant to the final Settlement Agreement, the Parties now seek to dismiss all claims and counterclaims **with prejudice**;

WHEREAS, pursuant to the final Settlement Agreement, Mr. Lau's Offer of Judgment is null and void and neither he nor AICPA shall obtain anything from it;

WHEREAS, the Parties shall bear their own costs and fees in connection with this Action and Settlement Agreement; and

WHEREAS, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this matter may be dismissed by the filing of a stipulation of dismissal signed by all parties who have appeared; and

WHEREAS, the Parties agree that this dismissal is with prejudice.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties through their counsel of record herein, and subject to the Court's approval, that:

1. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the undersigned parties

stipulate that this entire action, including all claims and counterclaims shall be dismissed with prejudice. The dismissal shall be effective upon the filing of this Joint Stipulation.

2. Mr. Lau's Offer of Judgment is null and void and neither he nor AICPA shall obtain anything from it.

Dated: July 21, 2025

SHEPPARD MULLIN RICHTER & HAMPTON LLP

By: */s/ Tenaya Rodewald*
TENAYA RODEWALD
Attorneys for Plaintiff and Counter-Defendant
AMERICAN INSTITUTE OF CERTIFIED PUBLIC ACCOUNTANTS

Dated: July 21, 2025

ORRICK HERRINGTON & SUTCLIFFE LLP

By: */s/ Robert L. Uriarte*
Robert L. Uriarte
Attorneys for Defendant and Counter-Claimant
STEPHEN LAU

C.D. Cal. Local Rule 5-4.3.4(a)(2)(i) Attestation:

I, Tenaya Rodewald, attest that all other signatories listed and on whose behalf this filing is submitted concur in the filing's content and have authorized the filing.

Dated: July 21, 2025

SHEPPARD MULLIN RICHTER & HAMPTON LLP

By: */s/ Tenaya Rodewald*
TENAYA RODEWALD
Attorneys for Plaintiff and Counter-Defendant
AMERICAN INSTITUTE OF CERTIFIED PUBLIC ACCOUNTANTS